CR321-0008

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT

2021 JUN -9 P 1:19

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 21 U.S.C. § 846 |
| ) | Conspiracy to Possess with |
| DAVID ALEX MONROE, ) | Intent to Distribute and to |
| JORGE HERNANDEZ-PENA, ) | Distribute Methamphetamine |
| FREDI RAMIREZ-GARCIA, ) | |
| CHRISTOPHER FORBES, ) | 21 U.S.C. § 841(a)(1) |
| ROBIN EBERLING, ) | Possession with Intent to |
| DAVID KATES, ) | Distribute Methamphetamine |
| CARL DAVIS, ) | |
| WANDA PHILLIPS, ) | 21 U.S.C. § 841(a)(1) |
| TIMOTHY BRACEWELL, ) | Distribution of |
| JORDAN GOOCH, ) | Methamphetamine |
| ERICA BROWN, ) | |
| ROSARIO CORTES-LOCENZO, ) | 18 U.S.C. § 922(g) |
| BROOKE SKIPPER, ) | Possession of Firearm by |
| CHRIS HORNE, ) | Prohibited Person |
| CODY ARGO, ) | |
| FREDERICK PERRY, JR., ) | 18 U.S.C. § 922(o) |
| JEREMI KOLE PULLEN, ) | Illegal Possession of a Machine |
| JOSHUA KILLINGSWORTH, ) | Gun |
| THOMAS KING, ) | |
| STEPHEN LARSEN, ) | 26 U.S.C. § 5861(d) |
| GARY MOORE, ) | Possession of an Unregistered |
| ROBERT ANTHONY JUSTICE, ) | Firearm |
| JOSHUA BROWN, ) | |
| JOSEPH GRUBBS, ) | 18 U.S.C. § 924(c) |
| HOWARD JOHNSON, ) | Possession of a Firearm in |
| DESAREE MIDYETTE, ) | Furtherance of Drug |
| ALEXIS WEINHOLD, ) | Trafficking Crime |
| JUSTIN HOBBS, ) | |
| MARANDA STROUD, and ) | 21 U.S.C. § 843 |
| BRANDIE GRIZZARD ) | Use of Communication Facility |
| ) | |
| ) | 18 U.S.C. § 2 |
| ) | Aiding and Abetting |
| ) | |
| ) | Forfeiture Allegation |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Acting United States Attorney for the Southern District of Georgia David H. Estes, and the undersigned Assistant United States Attorney, respectfully moves the Court pursuant to Fed. R. Crim. P. 6(e)(4) for an order sealing the above-styled indictment until such time as Defendants are in custody or have been released pending trial.

WHEREFORE, the Government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

Respectfully submitted this 9th day of June 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

_____
John P. Harper III
Assistant United States Attorney
Georgia Bar Number 556403