UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:21 CR 0008 |
| | ) | |
| DAVID MONROE, ET.AL. | ) | |

## ORDER

The Court having considered the Government's representations regarding pretrial diversion concerning some defendants in the present case during the status conference held on June 23, 2022 in Augusta, Georgia,

**HEREBY ORDERS** that all pretrial diversion agreements reached between the Government and any Defendant be completed and presented to the Court by the close of business on Friday, July 15, 2022.

This _23rd_ day June 2022.

_____
HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA